# United States District Court

## Southern District of Georgia

Cheryl Sumner
_____
Plaintiff

**v.**

Johnson & Johnson, et al.
_____
Defendant

Case No. 4:20-cv-00035-WTM-CLR

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 27th day of February, 2020 .

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Roy E. Barnes

Business Address: Barnes Law Group, LLC
Firm/Business Name

31 Atlanta Street
Street Address

Marietta    GA    30060
Street Address (con't)    City    State    Zip

Same as street address
Mailing Address (if other than street address)

Address Line 2    City    State    Zip

770-227-6375            039000
Telephone Number (w/ area code)    Georgia Bar Number

Email Address:    roy@barneslawgroup.com