# United States District Court

## Southern District of Georgia

Cheryl Sumner
_____
Plaintiff

Case No. 4:20-cv-00035-WTM-CLR

v.

Johnson & Johnson, et al.
_____
Defendant

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 27th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Julia A. Merritt

Business Address: Cheeley Law Group, LLC
Firm/Business Name

2500 Old Milton Parkway
Street Address

| Suite 200 | Alpharetta | GA | 30009 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Same as street address
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

770-814-7001 — Telephone Number (w/ area code)
159038 — Georgia Bar Number

Email Address: julia@cheeleylawgroup.com