IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHERYL SUMNER, Individually, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, a Foreign Corporation; JOHNSON & JOHNSON CONSUMER, INC., a Foreign Corporation f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; PTI ROYSTON, LLC, a Georgia Limited Liability Company d/b/a PHARMA TECH INDUSTRIES; CYPRUS AMAX MINERALS COMPANY f/k/a CYPRUS MINES CORPORATION; and JOHN DOE CORPORATIONS NO.s 1 – 10, <br><br> Defendants. | Case No. 4:20-cv-00035-WTM--CLR |

**ORDER**

Having considered the Parties' Joint Motion to Extend Mandatory Filings, and for good cause shown, the Motion is **GRANTED**. Doc. 25. The filing deadlines are deferred and will not run until either the Conditional Transfer Order or the Motion to Remand is disposed of. The parties are further DIRECTED to inform the Court as to the outcome of plaintiff's opposition to the Conditional Transfer Order. Because this Order essentially stays all proceedings, the Motion to Stay, doc. 5, is **DISMISSED AS MOOT**.

SO ORDERED this 8th day of March, 2020.

                                              */s/ Christopher L. Ray*
                                      CHRISTOPHER L. RAY
                                      UNITED STATES MAGISTRATE JUDGE